(Republished)

HARVEY FISK, JR., et al. v. SHATTUCK DENN MINING CORPORATION et al.—

Concur — Steuer, J. P., Capozzoli, Tilzer, Rabin, and McNally, JJ. [See 28 A D 2d 992.]

(November 21, 1967)

VIRGINIA I. MACKENDRICK, as Executrix of GENE E. MACKENDRICK, Deceased, Respondent, v. NEWPORT NEWS SHIPBUILDING & DRY DOCK Co., Defendant and Third-Party Plaintiff-Respondent. ALCO PRODUCTS, INC., Third-Party Defendant-Appellant.

Concur — Eager, J. P., Steuer, Rabin, McNally, and Witmer, JJ.